### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-01509-LTB-MJW

THE SOCIETY OF LLOYD'S,

    Plaintiff,

v.

JOSEPH J. SILVERSMITH, JR.,
BILLIE R. SILVERSMITH,
JOANN SILVERSMITH, a/k/a JoAnn Semple,
CARYL SILVERSMITH SHIPLEY, a/k/a Caryl Silversmith,

    Defendants.
_____

### ORDER
_____

Upon the Unopposed Motion for Stay [Doc 25 - filed March 22, 2007], it is

ORDERED that the Motion is GRANTED. This matter is STAYED up to and including September 28, 2007, at which time the responsive pleadings of Joseph J. Silversmith, Billie R. Silversmith, and JoAnn Semple and Defendant Caryl Shipley's reply brief in support of her Motion to Dismiss will be due if this matter has not yet been dismissed. It is

FURTHER ORDERED that the parties are directed to file status reports every 30 days until further order of this Court.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED:  March 23, 2007