## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.  06-cv-01509-LTB-MJW

THE SOCIETY OF LLOYD'S,

       Plaintiff,

v.

JOSEPH J. SILVERSMITH, JR.,
BILLIE R. SILVERSMITH,
JOANN SILVERSMITH, a/k/a JoAnn Semple,
CARYL SILVERSMITH SHIPLEY, a/k/a Caryl Silversmith,

       Defendants.
_____

## ORDER
_____

Upon the Stipulation for Dismissal With Prejudice (Doc 34 - filed June 26, 2007), it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and fees.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   June 27, 2007